# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

MAURICIO GALLARDO GONZALEZ,  §
#02347237                     §
                              §
v.                            §    CIVIL ACTION NO. 3:25-CV-0040-S-BK
                              §
FNU PRIMO                     §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's pro se prisoner civil rights complaint will be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

**SO ORDERED.**

SIGNED June 15, 2026.

_____
UNITED STATES DISTRICT JUDGE